

**Thomas G. Bruton**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

Jan. 30, 2018

Clerk, Attention: Dorothy Brown
Circuit Court of Cook County
Richard J. Daley Center
50 W Washington Street
Chicago, IL 60602

Re:  Riley v. Advocate Trinity Hospital et al
USDC No: 1:17-cv-7973

Circuit Court No: 2017 L 002959

Dear Clerk:

A certified copy of an order entered on 12/20/2017 by the Honorable Ruben Castillo, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

Sincerely yours,

**Thomas G. Bruton, Clerk**

By:   /s/ Roberto Perez
            Deputy Clerk